| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nicholas M. Wajda**<br>**Wajda Law Group, APC**<br>**6167 Bristol Parkway, Ste. 200**<br>**Culver City, CA 90230**<br>**(310) 997-0471 Fax: (866) 286-8433**<br>State Bar Number: **259178 CA**<br>**info@wajdalawgroup.com** | |
| ☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for: Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

**Roshanda Jeannen Dodds**

Debtor(s).

CASE NO.: **6:19-bk-20173-MH**
CHAPTER: **13**

**NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**

**[LBR 9013-1(o)]**

[No hearing unless requested in writing]

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) __**Nicholas M. Wajda**__, filed a motion or application (Motion) entitled __**Application for Supplemental Fees**__.

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion.  (*Check appropriate box below*):

   ☑ The full Motion is attached to this notice; or

   ☐ The full Motion was filed with the court as docket entry #_____, and a detailed description of the relief sought is attached to this notice.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

a. If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b. If you fail to comply with this deadline:

(1) Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

(2) Movant will lodge an order that the court may use to grant the Motion; and

(3) The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: 08/09/2021

/s/ Nicholas M. Wajda  
Signature of Movant or attorney for Movant

Nicholas M. Wajda  
Printed name of Movant or attorney for Movant

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*     Page 2     **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nicholas M. Wajda**<br>**Wajda Law Group, APC**<br>**6167 Bristol Parkway, Ste. 200**<br>**Culver City, CA 90230**<br>**(310) 997-0471 Fax: (866) 286-8433**<br>**259178 CA**<br>**info@wajdalawgroup.com** | |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>**Roshanda Jeannen Dodds**<br><br><br>Debtor(s). | CASE NUMBER: **6:19-bk-20173-MH**<br><br>CHAPTER 13<br><br>**APPLICATION OF ATTORNEY FOR DEBTOR FOR ADDITIONAL FEES AND RELATED EXPENSES IN A PENDING CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT (RARA)**<br><br>[11 U.S.C. § 330(a)(4)(B); LBR 3015-1(v)(2)] |
|---|---|

TO DEBTOR, CHAPTER 13 TRUSTEE, AND PARTIES IN INTEREST:

1. **Rights and Responsibilities Agreement.** The undersigned Attorney and Debtor are parties to a Rights and Responsibilities Agreement (RARA) filed as docket number ___**3**___.

2. **RARA Fee Agreement** Pursuant to the RARA, Debtor agreed to pay Attorney (i) a flat fee of $ __**5,000.00**__ for those services identified in boldface type in the RARA (Basic Services) and (ii) an hourly fee of $ __**425.00**__ per hour, or a reasonable flat fee, for services other than the Basic Services (Additional Services).

    *(If the RARA contains any other or different provisions regarding fees for Additional Services, Attorney must (i) check this box ☐ and (ii) attach an addendum providing the details.)*

3. **Request for Fees.** Pursuant to 11 U.S.C. § 330(a)(4)(B) and LBR 3015-1(v)(2), Attorney requests allowance and payment of the following:

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 1    **F 3015-1.12.APP.CH13.FEES**

|   |   |
|---|---|
| Fees for Additional Services | $ __350.00__ |
| Expenses related to Additional Services | $ _____ |
| Total | $ __350.00__ |

4. **Case Status.** This Chapter 13 case has not been dismissed or converted.

5. **Plan Status.**

   ☑ A Chapter 13 Plan was confirmed in this case by order entered as docket number __32__.

   ☐ A Chapter 13 Plan has not yet been confirmed in this case; a hearing is set for (*date*) __.

6. **Fee Award for Basic Services.**

   ☑ Attorney was awarded fees for Basic Services in the amount of $ __5,000.00__ in the order confirming the plan and/or a separate order of the court.

7. **Prior Applications for Additional Fees.**

   ☐ Attorney has not previously applied for Additional Fees in this case.

   ☑ Attorney previously applied for Additional Fees in this case. A total of $ __1,850.00__ has been awarded to Applicant for Additional Fees pursuant to prior requests.

   ☐ One or more applications for Additional Fees in this case are pending. See docket number(s) _____. A total of $_____ in Additional Fees has been requested pursuant to those pending applications.

8. **Disclosure of Amounts Previously Paid To Attorney.** Pursuant to LBR 3015-1(v)(2), Attorney discloses the following amounts paid to date (including prepetition payments) by Debtor or the Chapter 13 Trustee to Attorney and the source of those payments:

| Date Received | Amount Received | Source of Payment |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL** |  |  |

9. **Amount and Basis for Compensation Requested.**

   A. ☑ <u>Presumptively Reasonable Fees (No Look Fees).</u> Attorney requests an award of fees for Additional Services identified in the following table; these amounts are equal to or less than the maximum No Look Fee specified in Section 2.9(b) of the Court Manual for those services.

   *(If you are requesting fees for more than one instance of the same type of service, you must provide the pertinent details in the "Explanation" box or in an addendum.)*

| Fee Requested | Maximum No Look Fee | Legal Service | Docket No. |
|---|---|---|---|
| $ | $750.00 | Unopposed motion to extend/impose automatic stay |  |
| $ | $350.00 | Unopposed application for order shortening time |  |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2017    Page 2    F 3015-1.12.APP.CH13.FEES

| Fee Requested | Maximum No Look Fee | Legal Service | Docket No. |
|---|---|---|---|
| $ | $1,250.00 | Unopposed motion to avoid lien (11 U.S.C. § 506(a)) | |
| $ | $1,500.00 | Unopposed motion to avoid lien (11 U.S.C. § 506(a)), with stipulation and order | |
| $ | $750.00 | Unopposed motion to avoid lien (11 U.S.C. § 522(f)) | |
| $ | $950.00 | Unopposed motion to disallow claim | |
| $ 350.00 | $350.00 | Opposition to Chapter 13 Trustee's motion to dismiss or convert case | 78 |
| $ | $750.00 | Unopposed motion to modify plan | |
| $ | $750.00 | Unopposed motion to refinance/sell real property | |
| $ | $750.00 | Unopposed motion to incur debt | |
| $ | $300.00 | Application for order confirming that loan modification discussion does not violate the automatic stay | |
| $ | $2,000.00 | Complaint to avoid lien | |
| $ 350.00 | | Total Requested | |

B. ☐ <u>Hourly or Other Additional Fees</u>. Attorney requests an award of fees for Additional Services on an hourly or other basis.

   a. Dates during which the Additional Services were provided: from (*dates*) _____ to _____.

   b. Summary of hourly fees requested for the Additional Services.

| Name | Attorney or Paralegal? | Hourly Rate | Hours Billed | Total Requested |
|---|---|---|---|---|
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **Total** | | | | |

   c. Description of the nature, necessity, and results of the Additional Services for which hourly fees are requested in this Section 10.B: (Check here ☐ if an addendum containing additional information is attached.)

   d. A billing statement is attached as <u>Exhibit A</u>, identifying each service performed, the service provider, the date rendered, the time spent, and the amount billed (*required*).

   e. If fees for the Additional Services are requested other than on an hourly basis, the amount requested and the basis for that request are as follows:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                                        Page 3                                        F 3015-1.12.APP.CH13.FEES

**10.** **Expenses.** Attorney requests an award of expenses incurred in connection with the Additional Services in the amounts summarized in the following table.

| Expense Category | Amount Requested |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| **TOTAL** | $ |

Additional Explanation: (Check here ☐ if an addendum containing additional information is attached.)

(*Note: If you are requesting the allowance of expenses related to No Look Fee services, you must explain above why the requested expenses are extraordinary.*)

**11.** **Request for Payment.**

☑ Attorney requests that all fees and expenses allowed hereunder be awarded and paid by the Chapter 13 Trustee through the plan that has been or may be confirmed in this case.

☐ Attorney requests that the fees and expenses allowed hereunder be awarded and paid in the following manner (*specifically describe the proposed source(s) of payment and the proposed timing of that payment*):

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 4    F 3015-1.12.APP.CH13.FEES

12. **Consent and Declaration of Debtor.**

**CONSENT AND DECLARATION OF DEBTOR(S)**

The undersigned Debtor declares that s/he has reviewed the foregoing Application and consents to approval of payment of the fees and expenses requested by Attorney.

Executed this __8__ day of __9__, 20__21__ at (city) __Morongo Valley__ (state) __ca__

Signature of Debtor 1: _[signature]_
Printed name of Debtor 1: __Roshanda Jeannen Dodds__

Signature of Debtor 2: _____
Printed name of Debtor 2: _____

13. **Certifications of Counsel.**

   a. **No Prior Request.** I certify that Attorney has not previously requested fees or expenses for any of the Additional Services that are the subject of this Application. If I cannot make this certification, I have checked this box ☐ and attached an addendum that discloses the details of that prior request.

   b. **No Debtor Consent and Declaration.** If the Debtor has not executed the Consent and Declaration in Paragraph 13, the reason the Debtor has not done so is as follows:

   c. **True and Correct.** I certify that the information contained in and attached to this Application is true and correct.

   Date: __8-9-21__

   Respectfully submitted,

   _[signature]_
   Signature of Attorney for Debtor

   Nicholas M. Wajda
   Printed name of Attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2017                                    Page 5                                    F 3015-1.12.APP.CH13.FEES

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**6167 Bristol Parkway, Ste. 200
Culver City, CA 90230**

A true and correct copy of the foregoing document entitled:   **Notice of Motion for Order without Hearing Pursuant to LBR 9013-1(o); Application for Supplemental Fees**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **08/09/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Julian T Cotton jcotton@padgettlaw.net, bkecf@padgettlawgroup.com

Rod Danielson (TR) notice-efile@rodan13.com

Austin P Nagel edward.yoo@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Arvind Nath Rawal arawal@americaninfosource.com

United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

Mary D Vitartas mary.vitartas@bonialpc.com, bkecf@padgettlawgroup.com

Nicholas M Wajda info@wajdalawgroup.com, r47098@notify.bestcase.com

Gilbert R Yabes ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

Kristin A Zilberstein Kris.Zilberstein@Padgettlawgroup.com, BKecf@padgettlawgroup.com; Kris.Zilberstein@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **08/09/2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/09/2021 | Lindsay Kyser | /s/ Lindsay Kyser |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                                                 Page 3            **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-6<br>Case 6:19-bk-20173-MH<br>Central District of California<br>Riverside<br>Fri Jul 30 11:30:27 PDT 2021 | THE BANK OF NEW YORK MELLON FKA THE BANK OF<br>P.O. Box 10826<br>Greenville, SC 29603-0826 | THE BANK OF NEW YORK MELLON FKA THE BANK OF<br>ALDRIDGE PITE, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 |
| VW Credit, Inc<br>14841 DALLAS PARKWAY, SUITE 425<br>Dallas, TX 75254-8067 | Riverside Division<br>3420 Twelfth Street,<br>Riverside, CA 92501-3819 | Bayview Loan Servicing<br>1 N LaSalle Blvd # 850<br>Chicago, IL 60602-3942 |
| CIG FINANCIAL<br>PO BOX 19795<br>IRVINE, CA 92623-9795 | Capital One<br>1680 Capital One Drive<br>Mc Lean, VA 22102-3407 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| County of San Bernardino<br>268 West Hospitality Ln., 2nd Floor<br>San Diego, CA 92145-0001 | (p)CREDIT CONTROL CORPORATION<br>ATTN CREDIT CONTROL CORPORATION<br>11821 ROCK LANDING DR<br>NEWPORT NEWS VA 23606-4225 | Credit Mangement LP<br>4200 International Pkwy<br>Carrollton, TX 75007-1912 |
| Daisy Doucet<br>3022 Sage Place<br>Lakewood, CA 90712-1507 | FED Loan Servicing<br>PO Box 60610<br>Harrisburg, PA 17106-0610 | FINGERHUT/WEBBANK<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303-0820 |
| Recievables Performance Managment<br>P.O. Box 1548<br>Lynnwood, WA 98046-1548 | T Mobile/T-Mobile USA Inc<br>by American InfoSource as agent<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | T-Mobile USA<br>c/o Receivables Performance Managem<br>20818 44th Ave W<br>Ste. 140<br>Lynnwood, WA 98036-7709 |
| THE BANK OF NEW YORK MELLON<br>Bayview Loan Servicing, LLC<br>4425 Ponce De Leon Blvd., 5th Floor<br>Coral Gables FL 33146-1837 | United States Trustee (RS)<br>3801 University Avenue, Suite 720<br>Riverside, CA 92501-3255 | VW Credit, Inc.<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| Volkswagen Credit<br>P.O. Box 5215<br>Carol Stream, IL 60197-5215 | Nicholas M Wajda<br>Wajda Law Group, APC<br>6167 Bristol Parkway<br>Ste. 200<br>Culver City, CA 90230-6649 | Rod Danielson (TR)<br>3787 University Avenue<br>Riverside, CA 92501-3332 |
| Roshanda Jeannen Dodds<br>9658 Bella Vista Dr<br>Morongo Valley, CA 92256-9541 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Credit Control Corp.
11821 Rock Landing Dr.
Newport News, VA 23606

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)THE BANK OF NEW YORK MELLON FKA THE BANK O

(d)THE BANK OF NEW YORK MELLON FKA THE BANK O
P.O. Box 10826
Greenville, SC  29603-0826


End of Label Matrix
Mailable recipients    24
Bypassed recipients     3
Total                  27